JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGES MARCIANO ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HONORABLE ELIZABETH A. WHITE, ) <br> an individual; DOES 1-10, inclusive; ) <br> ABC PARTNERSHIPS 1-10, inclusive, ) <br> and XYZ CORPORATIONS 1-10 ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 09-03437 MMM (AJWx) <br><br> JUDGMENT FOR DEFENDANTS |

On August 14, 2009, defendant the Honorable Elizabeth A. White moved to dismiss plaintiff's complaint for lack of subject matter jurisdiction. The court entered an order granting the motion on November 12, 2009. Therefore,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 12, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE